IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| v. | ) | 06-mc-126 (RBW) |
| I. LEWIS LIBBY | ) | |
| Defendant | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexandra M. Walsh hereby enters her appearance for the defendant I. Lewis Libby.

Alexandra M. Walsh
D.C. Bar No. 490484
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 639-7751

April 21, 2006                                            Attorney for Defendant