**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case Nos.  06-MS-123 (RBW)** |
| **I. LEWIS LIBBY,** | **06-MS-126 (RBW)** |
| **also known as "Scooter Libby,"** | |
| **Defendant.** | |

**NOTICE OF EN CAMERA SUBMISSION**

NBC News ("NBC") and Andrea Mitchell hereby provide notice that, at the Court's

request, they submitted certain documents to the chambers of the Honorable Reggie B. Walton

for *en camera* inspection on May 22, 2006.


Dated:  May 22, 2006                Respectfully submitted,


LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.


By:  /s/ Lee Levine
   Lee Levine (D.C. Bar No. 343095)
1050 Seventeenth Street, N.W.
Suite 800
Washington, DC  20036
(202) 508-1100

Susan E. Weiner
National Broadcasting Company
30 Rockefeller Plaza
New York, NY  10112
(212) 664-2806

*Counsel for NBC News and Andrea Mitchell*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 22, 2006, I caused a true and correct electronic copy of the

foregoing Notice of En Camera Submission to be served by the Court's Electronic Case Filing

System upon all parties scheduled for electronic notice.


/s/ Adam J. Rappaport
Adam J. Rappaport